# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JOHN ALTAVILLA, | |
| Plaintiff, | NO. 3:17-CV-01704 |
| v. | (JUDGE CAPUTO) |
| GEISINGER WYOMING VALLEY MEDICAL CENTER, | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendant. | |

## ORDER

**NOW**, this 4th day of April, 2018, upon review of the Report and Recommendation (Doc. 18) of Magistrate Judge Karoline Mehalchick for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 18) is **ADOPTED in its entirety**.

(2) The Motion to Dismiss (Doc. 12) filed by Defendant Wyoming Valley Medical Center is **GRANTED**.

(3) The Complaint is **DISMISSED with prejudice**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge